IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-cv-01705-LTB-MJW**

GREGORY E. LINDSAY,

Petitioner,

v.

AL ESTEP, Warden L.C.F., et al.,

Respondents.

---

## ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

Before the court is the petitioner's Application for Writ of Habeas Corpus

Pursuant to 28 U.S.C. § 2254.

It is hereby **ORDERED** that on or before April 30, 2007, the Clerk of the District

Court of El Paso County, Colorado, shall provide to this court the original written record

of El Paso County Case No. 88CR1108, People v. Gregory E. Lindsey.

It is further **ORDERED** that the Clerk of the Court shall serve a copy of this Order

on the Clerk of the District Court of El Paso County by Facsimile to (719) 329-7046 and

by regular mail to Clerk of the District Court of El Paso County, Judicial Building, 20 E.

Vermijo Avenue, Colorado Springs, CO 80903.

Done this 9th day of April, 2007.

BY THE COURT:

Michael J. Watanabe
United States Magistrate Judge

2

---

## CERTIFICATE OF SERVICE

I hereby certify that on April 9 , 2007, a copy of the foregoing document was served on the Clerk of the District Court of El Paso County by Facsimile to (719) 329-7046 and by regular mail to Clerk of the District Court of El Paso County, Judicial Building, 20 E. Vermijo Avenue, Colorado Springs, CO 80903.

Deputy Clerk

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: 719-329-7046

| | |
|---|---|
| To: | Clerk of Court |
| Of: | District Court of El Paso County |
| From: | U.S. Magistrate Judge Watanabe's Chambers |
| Client/Matter: | 04-cv-01705-LTB-MJW, GREGORY E. LINDSAY v. AL ESTEP, Warden L.C.F., et al. |
| Date: | April 9, 2007 |

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Order dated April 9, 2007 | 2 |
| | |
| | |

COMMENTS:  Please call (303) 844-2403 if you have any questions.

\* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE TELEPHONE ME AT 303-335-2091.

```
*************** -COMM. JOURNAL- ******************* DATE APR-09-2007 ***** TIME 16:40 ********
```

```
        MODE = MEMORY TRANSMISSION              START=APR-09 16:39      END=APR-09 16:40

           FILE NO.=168

STN     COMM.          STATION NAME/EMAIL ADDRESS/TELEPHONE NO.      PAGES      DURATION
NO.

001     OK          ☎917193297046                                  003/003     00:00:37
```

```
***** UF-8000 v2 ******************* -            - ***** -                 - *********
```

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: 719-329-7046

To:               Clerk of Court
Of:               District Court of El Paso County
From:             U.S. Magistrate Judge Watanabe's Chambers
Client/Matter:    04-cv-01705-LTB-MJW, GREGORY E. LINDSAY v. AL ESTEP, Warden
                  L.C.F., et al.
Date:             April 9, 2007

| DESCRIPTION | NUMBER OF PAGES |
| --- | --- |
| Order dated April 9, 2007 | 2 |
| | |
| | |

COMMENTS: Please call (303) 844-2403 if you have any questions.

* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE TELEPHONE ME
AT 303-335-2091.