**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 04-cv-01705-LTB-KLM

GREGORY E. LINDSEY,
   Applicant,

v.

AL ESTEP, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
   Respondents.

_____

**ORDER**
_____

  This case is before me on the Recommendation of the Magistrate Judge that Applicant's 28 U.S.C. § 2254 Petition be denied and the case dismissed with prejudice. Applicant has now filed timely written objections to the Magistrate Judge's recommendation. I note that he does not object to the recommendation that Claim IV asserting deprivation of an extended proportionality review of this life sentence in violation of the Eighth and Fourteenth Amendments be dismissed. I have reviewed the recommendation *de novo* in light of Applicant's objections and the file and record in this case. On such *de novo* review, I conclude that the Magistrate Judge's thorough and comprehensive recommendation is correct. Accordingly

  IT IS ORDERED that Applicant's 28 U.S.C. § 2254 Petition is DENIED and the above action is DISMISSED WITH PREJUDICE.

            BY THE COURT:


             s/Lewis T. Babcock
             Lewis T. Babcock, Judge

DATED: April 25, 2008