FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 1 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 04-cv-01705-LTB-KLM

GREGORY E. LINDSEY,

    Applicant,

v.

AL ESTEP, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __24th__ day of __March__, 2010.

                BY THE COURT:

                s/Lewis T. Babcock
                Lewis T. Babcock
                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 04-cv-01705 LTB-KLM

El Paso County District Court
20 E. Vermijo Ave
Colorado Springs, CO 80903

Gregory E. Lindsey
# 50636
LCF
Limon Correctional Facility
49030 State Highway 71
Limon, CO 80826

Paul Edward Koehler - Colorado Attorney General's Office - Department of Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on __4/1/10__.

                    GREGORY C. LANGHAM, CLERK

                    By:_____
                            Deputy Clerk